## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 23-00134-01-CR-W-DGK |

UNITED STATES OF AMERICA,

               Plaintiff,

v.

BAN N. TO,
[DOB: 07/28/2003]

               Defendant.

Case No. 23-00134-01-CR-W-DGK

**COUNT ONE**:
*(Possession With Intent to Distribute Fentanyl)*
21 U.S.C. §§ 841(a)(1) and (b)(1)(C)
NMT 20 Years' Imprisonment
NMT $1,000,000 Fine
NLT 3 Years' Supervised Release
Class C Felony

**COUNT TWO**:
*(Carrying Firearms During and In Relation to a Drug Trafficking Offense)*
18 U.S.C. § 924(c)(1)(A)
NLT 5 Years' Imprisonment (Consecutive)
NMT Life Imprisonment
NMT $250,000 Fine
NMT 5 Years' Supervised Release
Class A Felony

**COUNT THREE**:
*(Possession of a Machinegun)*
18 U.S.C. §§ 922(*o*) and 924(a)(2)
NMT 10 Years' Imprisonment
NMT $250,000 Fine
NMT 3 Years' Supervised Release
Class C Felony

$100 Mandatory Assessment Each Count

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

## COUNT ONE
*(Possession With Intent to Distribute Fentanyl)*

On or about April 21, 2023, in the Western District of Missouri, the defendant, BAN N. TO, knowingly and intentionally possessed with the intent to distribute a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide,

commonly known as fentanyl, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT TWO
*(Carrying Firearms During and In Relation to a Drug Trafficking Offense)*

On or about April 21, 2023, in the Western District of Missouri, the defendant, BAN N. TO, knowingly carried firearms, to wit:

- a Taurus, Model PT1911, .45 caliber handgun, bearing Serial Number ADH624298;
- a Glock, Model 19, 9mm caliber handgun, bearing Serial Number BPZY971;
- a Polymer80, Model PF94OC, 9mm caliber handgun; and
- a Glock, Model 35, .40 caliber handgun, bearing Serial Number FEL946;

all carried during and in relation to the possession with intent to distribute fentanyl, as alleged in Count One, in violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT THREE
*(Possession of a Machinegun)*

On or about April 21, 2023, in the Western District of Missouri, the defendant, BAN N. TO, did knowingly possess a machinegun, to wit: a Glock, Model 35, .40 caliber handgun, bearing Serial Number FEL946, equipped with a machinegun conversion device ("Glock Switch"), contrary to the provisions of Title 18, United States Code, Sections 922(*o*) and 924(a)(2).

Teresa A. Moore
United States Attorney

By

Jeffrey Q. McCarther
Assistant United States Attorney
Violent Crime & Drug Trafficking Unit

Dated: June 21, 2023

Case 4:23-cr-00134-DGK    Document 2    Filed 06/21/23    Page 2 of 2